GEORGE W. SABRE *v.* J. G. TURNBULL COMPANY.

February Term, 1921.

Present: WATSON, C. J., POWERS, TAYLOR, MILES, and SLACK, JJ.

Opinion filed May 3, 1921.

*No Recovery for Use and Occupation of Land Without Proof of Title.*

Where the court, in an action to recover for the use and occupation of land, stated that it was unable to find that either plaintiff or defendant owned the land, although both claimed to own it, judgment was properly rendered for the defendant.

ACTION OF CONTRACT to recover for the use and occupation of certain land. Plea, the general issue. Trial by Court at the August Term, 1920, Grand Isle County, *Chase,* J., presiding. Judgment for the defendant. The plaintiff excepted. The opinion states the case.

*M. H. Alexander* for the plaintiff.

*E. A. Cook* and *W. W. Reirden* for the defendant.

WATSON, C. J.   The record states that the court cannot find either that the plaintiff owned the land for the use and occupation of which he seeks to recover, or that the defendant owned it. They both claimed to own it. No exception was taken to this part of the findings. The action being to recover for use and occupation, the plaintiff failed to make out a case entitling him to judgment. This is conclusive of the case, regardless of the exceptions saved by the plaintiff.

*Judgment affirmed.*